**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| In re:  Charles Mervin Newman, Jr.<br>Susan Marie Stevens Newman<br>Debtor(s) | CASE NO. 11-50736-RWK<br><br>CHAPTER 13 |
|---|---|

**ORDER CONVERTING CASE**

It is hereby ORDERED that this case, be and the same hereby, is converted from a case under Chapter 13 to a case under Chapter 7 of Title 11 of the United States Code, and it is further

ORDERED

that the debtor(s) (or trustee) in the superseded case shall file with the Court a final report and account within thirty (30) days from the date of the entry of this Order. Said report shall include a schedule of unpaid debts incurred after commencement of the superseded case. Said report shall also include the name, address and zip code in MATRIX form of all such additional creditors.

It is further ORDERED that the trustee shall be discharged from any further liability upon the bond if no objections to said report are properly filed within ten (10) days of the filing of said report.

It is further ORDERED that if an Order confirming a plan was entered in the superseded case, the Debtor(s) (or trustee) shall file with the Court (A) a schedule of property not listed in the final report and account, which property was acquired after the filing of the original petition but before the entry of this Conversion Order; (B) a schedule of unpaid debts not listed in the final report and account, additionally in matrix form, incurred after confirmation but before entry of this Conversion Order; and (C) a schedule of executory contracts entered into or assumed after the filing of the original petition but before entry of this Conversion Order.

It is further ORDERED that any employer heretofore directed to withhold funds shall forthwith cease making deductions and remit any funds to the interim trustee designated in the Chapter 7 case if applicable.

Service of a copy of this Order shall be by mail upon the debtor(s), attorney for the debtor(s), trustee, if any, interim trustee, if applicable, U.S. Trustee, and all creditors and parties in interest.

Entered: June 22, 2011

_____
**ROSS W. KRUMM, JUDGE**

van08k.frm

```
                           United States Bankruptcy Court
                             Western District of Virginia

In re:                                                                Case No. 11-50736-rwk
Charles Mervin Newman                                                 Chapter 7
Susan Marie Stevens Newman
         Debtors                  CERTIFICATE OF NOTICE

District/off: 0423-5          User: morrisl              Page 1 of 3               Date Rcvd: Jun 22, 2011
                              Form ID: pdf001            Total Noticed: 131


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2011.
db/jdb    +Charles Mervin Newman, Jr.,   Susan Marie Stevens Newman,   300 Lynn Lane,
            Waynesboro, VA 22980-5418
3358860    A & E CARPET,   326 DIXIE HIGHWAY,   DALTON, GA 30720
3358861   +AARONS,   132 A LUCY LANE,   WAYNESBORO, VA 22980-3275
3358862    ABC DISTRIBUTING, LLC,   P.O. BOX 619000,   NORTH MIAMI, FL 33261-9000
3358873   +ACCOUNTS RECEIVABLE MANAGEMENT,   P.O. BOX 129,   155 MID ATLANTIC PARKWAY,
            THOROFARE, NJ 08086-0129
3358863    ACCOUNTS RECEIVABLE MANAGEMENT, INC.,   P.O. BOX 129,   THOROFARE, NJ 08086-0129
3358864   +ADELPHIA,   2303 N. AUGUSTA ST., STE D,   STAUNTON, VA 24401-2597
3358865    ADVANCED CALL CENTER TECHNOLOGIES, LLC,   P.O. BOX 9091,   GRAY, TN 37615-9091
3358922   +ALLTELL,   874 RIO EAST CT.,   CHARLOTTESVILLE, VA 22901-8004
3358868    ALW SOURCING, LLC,   ALW SOURCING, LLC,   P.O. BOX 4937,   TRENTON, NJ 08650-4937
3358867   +ALW SOURCING, LLC,   1804 WASHINGTON BOULEVARD,   BALTIMORE, MD 21230-1700
3358869   +AMERIGAS,   1840 JEFFERSON HIGHWAY, STE. 104,   FISHERSVILLE, VA 22939-2280
3358870   +ANDERSON FINANCIAL SERVICES/ LOAN MAX,   1003 GREENVILLE AVENUE,   STAUNTON, VA 24401-5018
3358871    ANESTHESIA ASSOCIATES OF AUGUSTA,   P. O. BOX 890580,   CHARLOTTE, NC 28289-0580
3358872    AOL,   P.O. BOX 60018,   TAMPA, FL 33660-0018
3358874   +ASPIRE CARD SERVICES,   P.O. BOX 105555,   ATLANTA, GA 30348-5555
3358875   +ASPIRE VISA,   P.O. BOX 15298,   WILMINGTON, DE 19850-5298
3358877   +AT & T CCO,   P. O. BOX 4935,   TRENTON, NJ 08650-4935
3358878   +AT&T,   1252 EMMETT ST.,   CHARLOTTESVILLE, VA 22903-4838
3358879   +AUGUSTA CO-OP,   1205 RICHMOND RD.,   STAUNTON, VA 24401-5060
3358880   +AUGUSTA FAMILY PRACTICE,   P.O. BOX 239,   FISHERSVILLE, VA 22939-0239
3358881   +AUGUSTA HEALTH CARE,   P.O. BOX 1000,   FISHERSVILLE, VA 22939-1000
3358883   +AUGUSTA HEALTH CARE/PHYSICIANS PRACTICES,   P.O. BOX 239,   FISHERSVILLE, VA 22939-0239
3358884    AUGUSTA MEDICAL GROUP,   P. O. BOX 388,   FISHERSVILLE, VA  22939-0388
3358885   +AUGUSTA ORTHOPEDIC SURGERY, PLC,   108 MACTANLY PLACE,   STAUNTON, VA 24401-2373
3358886   +BAY AREA CREDIT SERVICES, LLC,   P.O. BOX 5913,   TROY, MI 48007-5913
3358887   +BLUE RIDGE PATHOLOGISTS, PC,   70 MEDICAL CENTER CIRCLE,   SUITE 309,
            FISHERSVILLE, VA 22939-2273
3358888   +BLUE RIDGE RADIOLOGISTS, INC.,   401 COMMERCE ROAD,   SUITE 413,   STAUNTON, VA 24401-4433
3358889    BLUE RIDGE UROLOGICAL,   70 MEDICAL CIRCLE,   FISHERSVILLE, VA 22939
3358890   +BLUE RIDGE UROLOGICAL ASSOCIATES, PC,   P. O. BOX 8310,   ROANOKE, VA 24014-0310
3358891   +BOWMAN FAMILY DENTISTRY, PLLC,   2542 JEFFERSON HIGHWAY, STE 104,   WELLINGTON PLAZA,
            WAYNESBORO, VA 22980-8502
3358892   +BRACHFELD LAW GROUP, PC,   P.O. BOX 1259,   DEPT 21999,   OAKS, PA 19456-1259
3358893   +BUREAU OF COLLECTION RECOVERY, INC.,   P.O. BOX 9001,   MINNETONKA, MN 55345-9001
3358894    BUSINESS REVENUE SYSTEMS, INC.,   P. O. BOX 13077,   DES MOINES, IA  50310-0077
3358895   +CALVIN EPPAID,   P.O. BOX 1002,   CHURCHVILLE, VA 24421-0901
3358896   +CBCS,   P.O. BOX 165025,   COLOMBUS, OH 43216-5025
3358898    CHASE BANK USA/PROVIDIAN,   P. O. BOX 15298,   WILMINGTON, DE  19850-5298
3358899   +COMCAST,   2303 N. AUGUSTA ST.,   STAUNTON, VA 24401-2597
3358900   +COMMERICIAL SERVICE GROUP, INC.,   11603 SHELBYVILLE RD., STE 3,   LOUSIVILLE, KY 40243-1386
3358901   +CREDIT COLLECTION SERVICES,   TWO WELLS AVENUE, DEPT. 9135,   NEWTON, NA  02459-3208
3358897   +CREDIT PROTECTION ASSOCIATES, LP,   13355 NOEL ROAD,   DALLAS, TX 75240-6602
3358902    CREDITORS COLLECTION SERVICES,   P.O. BOX 21504,   ROANOKE, VA 24018-0152
3358903   +DOMINION LAW ASSOCIATES,   222 CENTRAL PARK AVENUE,   VIRGINIA BEACH, VA 23462-3022
3358904   +DOMINION LAW ASSOCIATES,   P.O. BOX 62719,   VIRGINIA BEACH, VA 23466-2719
3358905    DR. EDWARD EISENBERG,   93 MEDICAL CENTER,   FISHERSVILLE, VA 22939
3358906    DR. JAMES LAGRUA,   1371 LEE HIGHWAY,   FORT DEFIANCE, VA 24437
3358907   +DRIVE FINANCIAL,   P.O. BOX 562088,   DALLAS, TX 75356-2088
3358908   +DRUMHELLERS TOWING,   2076 JEFFERSON HIGHWAY,   FISHERSVILLE, VA 22939-2240
3377645   +Direct TV,   P.O. Box 6550,   Greenwood Village, CO 80155-6550
3358909   +EDWARD EISENBERG, MD,   P.O. BOX 820,   FISHERSVILLE, VA 22939-0820
3358910    FASHION BUG,   CUSTOMER SERVICE,   P.O. BOX 182273,   COLUMBUS, OH 43218-2273
3358911   +FASHION BUG,   246 ZAN RD.,   CHARLOTTESVILLE, VA 22901-2859
3358912   +FIRST NATIONAL COLLECTION BUREAU,   610 WATHAM WAY,   SPARK, NV 89434-6695
3358913   +FIRST NATIONAL COLLECTION BUREAU INC.,   610 WALTHAM WAY,   SPARKS, NV 89434-6695
3358915    FIRST PREMIER BANKCARD,   P.O. BOX 5524,   SIOUX FALLS, SD 57117-5524
3358916    GENESIS FINANCIAL SERVICES,   P.O. BOX 4865,   BEARERTON, OR 97076-4865
3358917   +GENESIS FINANCIAL SOLUTIONS,   P.O. BOX 4865,   BEAVERTON, OR 97076-4865
3358919   +GENPACT SERVICES, LLC,   DEPT. AUG,   P.O. BOX 727,   WILKES-BARRE, PA 18703-0727
3377640   +Genesis Financial Solutions,   P.O. Box 4444,   Beaverton, OR 97076-4444
3358920   +HOUSEHOLD ORCHARD BANK,   5996 W. TOUHY AVE.,   NILES, IL 60714-4610
3358921    HSBC CARD SERVICES/ORCHARD BANK,   P.O. BOX 81622,   SALINAS, CA  93912-1622
3358924   +IC SYSTEMS,   444 HIGHWAY 96E,   ST PAUL, MN 55127-2557
3358925   +INOVISION MEDCLR-PORTFOLIO GROUP,   465 S. STREET, 3RD FL,   MORRISTOWN, NJ 07960-6439
3358926   +INOVISION-MEDCLR-PORTFOLIO GROUP,   MDE GROUP,   465 SOUTH ST., 3RD FL,
            MORRISTOWN, NJ 07960-6439
3377638    Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA  19101-7346
3358927    J. L. WALSTON & ASSOCIATES,   326 SOUTH MAIN STREET,   EMPORIA, VA  23847-2028
3358928   +JACOB PENROD,   342 S. MAIN ST.,   HARRISONBURG, VA 22801-3628
3358929   +JACOB PENROD ESQ.,   JACOB PENROD, ESQ.,   342 S. MAIN ST.,   HARRISONBURG, VA 22801-3628
```

```
District/off: 0423-5           User: morrisl                Page 2 of 3                  Date Rcvd: Jun 22, 2011
                               Form ID: pdf001              Total Noticed: 131

3358930        JAMES LAGRUA, II,    1371 LEE HIGHWAY,    FT DEFINANCE, VA 24437
3358931        JAMES SNYDER,    397 GREENVILLE SCHOOL RD.,     STAUNTON, VA 24401
3358932       +JEFFERSON CAPITAL SYSTEMS, LLC,    16 MCLELAND RD.,     ST. CLOUD, MN 56303-2198
3358933       +JEFFERSON CAPITOL SYSTEMS, LLC,    P.O. BOX 1940,    SOUTHGATE, MI 48195-0940
3377641        Jefferson Capital Systems, LLC,    P.O. Box 129,    Thorofare, NJ 08086-0129
3358934       +LAYNES LAWN LANDSCAPING,    P.O. BOX 1169,    STUARTS DRAFT, VA 24477-1169
3358935       +LONG FLOORING,    2801 HERMITAGE RD.,    RICHMOND, VA 23220-1115
3358938       +MIDLAND,   9601 S. MERIDAN BLVD,    ENGLEWOOD, CO 80112-5905
3358940       +MIRAND,   P.O. BOX 219050,    HOUSTON, TX 77218-9050
3358941        MIRAND RESPONSE SYSTEMS, INC.,     P. O. BOX 219050,    HOUSTON, TX 77218-9050
3358943        NAFS,   P.O. BOX 9027,    WILMINGTON, NY 14231-9027
3358944        NATIONAL ACTION FINANCIAL SERVICES,     165 LAWRENCE BELL DRIVE, STE 100,   P.O. BOX 9027,
                 WILLIAMSVILLE, NY 14231-9027
3358945        NATIONAL RECOVERY SYSTEMS,    P.O. BOX 67015,    HARRISONBURG, VA 19101-8057
3358946       +NAUTILUS FITNESS CENTER OF STAUNTON,     917 CROSS LANES DR.,    CHARLESTOWN, WV 25313-1314
3358947       +NCO FINANCIAL SYSTEMS, INC.,    507 PRUDENTAIL ROAD,    HORSHAM, PA 19044-2368
3358948        NEW HOPE TELEPHONE,    234 BATTLEFIELD ROAD,    NEW HOPE, VA 24469
3358950       +NORTHLAND GROUP, INC.,    P. O. BOX 390846,    EDINA, MN 55439-0846
3358952       +PARKER RYAN & ASSOCIATES, INC.,    1511 US HIGHWAY 1, STE. 203,    SEBASTIAN, FL 32958-1611
3358953       +PENN CREDIT CORPORATIONS ACA,    PENN CREDIT CORPORATION ACA,    P.O. BOX 988,
                 HARRISONBURG, PA 17108-0988
3358954       +PINNACLE FINANCIAL GROUP,    7825 WASHINGTON AVE. S,    STE 310,    MINNEAPOLIS, MN 55439-2424
3358955       +PREMIER BANKCARD,    9601 S. MERIDIAN BLVD,    ENGLEWOOD, CO 80112-5905
3358956       +PRESTON MITCHELL COMPANY,    P.O. BOX 457,    RUCKERSVILLE, VA 22968-0457
3358957       +PROVIDIAN FINANCIAL,    P.O. BOX 961245,    FT WORTH, TX 76161-0244
3377642        Premier Bankcard,    P.O. Box 152980,   Wilmington, DE 19850
3358961       +RECOVERY SOLUTIONS,    1650 CAMBRIA ST., NE,    CHRISTIANSBURG, VA 24073-1354
3358960       +RECOVERY SOLUTIONS,    P.O. BOX 826,    CHRISTIANSBURG, VA 24068-0826
3358962        RENTWAY,   114 STATLER SQUARE,    STAUNTON, VA 24401
3358963       +RENTWAY,    ATTN: CUSTOMER SERVICE,    5501 HEADQUARTERS DR.,    PLANO, TX 75024-5845
3358965       +RHEA & MILLER, PC,    11 TERRY COURT,    P.O. BOX 2366,    STAUNTON, VA 24402-2366
3358966       +RICHARD BELL/MOBILE MACHANIC),     88 MINE BRANCH RD.,    CRIMORA, VA 24431-2503
3358967       +SCOTT/KRONER PLC, ATTORNEYS AT LAW,     418 EAST WATER STREET,    P. O. BOX 2737,
                 CHARLOTTESVILLE, VA 22902-2737
3358968        SHENANDOAH EMER MED SPECIALIST,    P.O. BOX 8057,    PHILADELPHIA, PA 19101-8057
3358970        SHENANDOAH VALLEY ELECTRIC,    147 DINKEL AVE., PO Box 236,    MT CRAWFORD, VA 22841-0236
3358971        SHENANDOAH VALLEY NEUROLOGICAL,    93 MEDICAL CENTER DR.,    FISHERSVILLE, VA 22939
3358972       +SOLOMON & SOLOMON,    COLUMBIA CIRCLE,    P.O. BOX 15019,    ALBANY, NY 12212-5019
3358973        SOUTHERN STATES AUGUSTA PETRO COOP INC.,     P.O. BOX 506,    STAUNTON, VA 24402-0506
3358974       +STAR RENTALS,    990 A HOPEMAN PKWY,    WAYNESBORO, VA 22980-1800
3377646       +Sprint,   P.O. Box 105243,    Atlanta, GA 30348-5243
3358976       +TATE & KIRLIN ASSOCIATES,    2810 SOUTHAMPTON ROAD,    PHILADELPHIA, PA 19154-1207
3358975       +TATE & KIRLIN ASSOCIATES,    2810 SOUTHHOMPTON RD.,    PHILADELPHIA, PA 19154-1207
3358977       +TATE & KIRTIN ASSOCIATES,    2810 SOUTHAMPTON RD.,    PHILADELPHIA, PA 19154-1207
3358978       +TIME LIFE,   P.O. BOX 6172,    CLARION, IOWA 50526-0001
3358979       +VALLEY CREDIT SERVICE,    P. O. BOX 83,    STAUNTON, VA 24402-0083
3358980       +VALLEY POOL,    1520 N DELPHINE AVE,    WAYNESBORO, VA 22980-1910
3358983        VERIZON WIRELESS,    424 STATLER SQUARE,    STAUNTON, VA 24401
3377643        Verizon Wireless,    P.O. Box 20648,   Charlottesville, VA 22901
3358985      ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
               (address filed with court: WACHOVIA BANK,    216 S WAYNE AVE,    WAYNESBORO, VA 22980)
3358987       +WOODFOREST BANK,    116 LUCY LANE,    WAYNESBORO, VA 22980-3275
3377644       +Woodforest Bank,    P.O. Box 460,   Waynesboro, VA 22980-0340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3358866        E-mail/PDF: recoverybankruptcy@afninet.com Jun 22 2011 22:20:44      AFNI, INC.,   P. O. BOX 3427,
                 BLOOMINGTON, IL 61702-3427
3358876       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 22 2011 21:08:02      ASSET ACCEPTANCE, LLC,
                 P.O. BOX 2036,    WARREN, MI 48090-2036
3377639       +E-mail/PDF: recoverybankruptcy@afninet.com Jun 22 2011 22:20:44      Afni, Inc.,   404 Brock Drive,
                 Bloomington, IL 61701-2654
3358918       +E-mail/Text: mrandozzo@augustahealth.com Jun 22 2011 21:10:04      GENPACT SERVICES, LLC,
                 DEPT. AUG,    P.O. BOX 116,   ASHLEY, PA 18706-0116
3358923        E-mail/Text: BankruptcyNotices@hughes.com Jun 22 2011 21:09:33      HUGHES NET,   P.O. BOX 96874,
                 CHICAGO, IL 60693-6874
3358937       +E-mail/Text: brenden.magnino@mcmcg.com Jun 22 2011 21:08:10      MCM,   DEPT 12421,   P.O. BOX 603,
                 OAKS, PA 19456-0603
3358936       +E-mail/Text: brenden.magnino@mcmcg.com Jun 22 2011 21:08:10      MIDLAND CREDIT MANAGEMENT, INC.,
                 P.O. BOX 603,    DEPT 12421,   OAKS, PA 19456-0603
3358939       +E-mail/Text: brenden.magnino@mcmcg.com Jun 22 2011 21:08:10      MIDLAND FUNDING, LLC,
                 8875 AERO DRIVE,    SUITE 200,   SAN DIEGO, CA 92123-2255
3362888       +E-mail/Text: brenden.magnino@mcmcg.com Jun 22 2011 21:08:10      Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
3358949       +E-mail/Text: lauriehensley@newhopetel.com Jun 22 2011 21:10:44      NEW HOPE TELEPHONE COOP,
                 P.O. BOX 66,    NEW HOPE, VA 24469-0066
3358959        E-mail/Text: COLLEEN.ATKINSON@RMSCOLLECT.COM Jun 22 2011 21:09:14
                 RECEIVABLES MANAGEMENT SYSTEMS,    P.O. BOX 8630,    RICHMOND, VA 23226-0630
3358981       +E-mail/PDF: BankruptcyVerizonEast@afninet.com Jun 22 2011 22:20:46      VERIZON,
                 ATTN: BANKRUPTCY DEPT,    P. O. BOX 3037,   BLOOMINGTON, IL 61702-3037
```

```
District/off: 0423-5          User: morrisl              Page 3 of 3                   Date Rcvd: Jun 22, 2011
                              Form ID: pdf001            Total Noticed: 131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3358982       +E-mail/PDF: BankruptcyVerizonEast@afninet.com Jun 22 2011 22:20:47      VERIZON VIRGINIA, INC.,
               600 E. MAIN ST., #1000,    RICHMOND, VA 23219-2437
3358984       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 22 2011 22:20:47      VERIZON WIRELESS,
                ATTN: BANKRUPTCY DEPT,    P. O. BOX 3397,    BLOOMINGTON, IL 61702-3397
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3358942        MORRIS TILE,    2280 DABNEY RD.,    P.O. BOX 6446
3358882*       AUGUSTA HEALTH CARE, INC.,    P. O. BOX 1000,    FISHERSVILLE, VA  22939-1000
3358914*      +FIRST NATIONAL COLLECTION BUREAU, INC.,    610 WALTHAM WAY,    SPARKS, NV 89434-6695
3358951      ##OSI COLLECTION SERVICES,    P.O. BOX 958,    BROOKFIELD, WI 53008-0958
3358958     ##+RECEIVABLES PERFORMANCE MANAGEMENT, LLC,    1930 220TH STREET SE, SUITE 101,
                BOTHELL, WA 98021-8410
3358964     ##+RGS FINANCIAL,    P.O. BOX 2149,    ADDISON, TX 75001-2149
3358969     ##+SHENANDOAH TEES,    555 RICHMOND RD.,    STAUNTON, VA 24401-4819
3358986     ##+WASHINGTON MUTUAL BANK,    P.O. BOX 99604,    ARLINGTON, TX 76096-9604
                                                                                 TOTALS: 1, * 2, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2011**                    **Signature:** *Joseph Speetjens*